# United States Court of Appeals
## For the First Circuit

No. 04-2424

KENNETH M. CONLEY,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

ERRATA

The opinion of this court dated July 20, 2005, is amended as follows:

On the cover sheet, replace the name "Bradly J. Schlozman" with the name "Bradley J. Schlozman".